**Order filed November 23, 2021**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-21-00532-CV**

———————

**DINISHA EDWARDS, Appellant**

**V.**

**QIN YU, Appellee**

---

**On Appeal from County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1173877**

---

# O R D E R

Appellant's brief was due November 1, 2021. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **December 23, 2021**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Wise, Spain, and Hassan.